**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2844**

---

JAMES P. MIXON, JR.,

                                        Plaintiff - Appellant,

        versus

COMMONWEALTH OF VIRGINIA VITAL RECORDS,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-96-870-N)

---

Submitted:  May 1, 1997                    Decided:  May 7, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James P. Mixon, Jr., Appellant Pro Se.  Carol Smith Nance, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil suit for lack of jurisdiction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mixon v. Virginia</u>, No. CA-96-870-N (E.D. Va. Dec. 11, 1996). We deny Appellant's motions for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>